Roman Balaban (CO # 39148 /Admitted Pro Hac Vice)
Max Yefimenko  (CO # 34796 /Admitted Pro Hac Vice)
Rollin Wood (CO # 44920 /Admitted Pro Hac Vice)
Roman Balaban and Associates, LLC
7350 East Progress Place, Suite 106
Greenwood Village, CO 80111
Phone: (720) 817-4040
Fax: (303) 500-1713
Email: balaban@rbatort.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:  Bard Implanted Port Catheter Products Liability Litigation<br><br>THIS DOCUMENT RELATES TO:<br><br>Alexys Taylor,<br><br>Plaintiff(s),<br><br>v.<br><br>Becton Dickinson and Company, et al.,<br><br>Defendants. | MDL No. 3081<br><br>**MASTER SHORT-FORM COMPLAINT AND JURY TRIAL DEMAND** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate(s) by reference the Second Amended Master Complaint in MDL 3081 (Doc. 1889). Pursuant to Case Management Order No. 7, as amended (Docs. 112, 145, 526, 2343), this Short-Form Complaint adopts the allegations, claims, and relief as set forth in the Second Amended Master Complaint (Doc. 1889). As set forth below, Plaintiff(s) may include (a) additional claims and allegations against Defendants, as set forth in Paragraph 15 or an additional sheet attached hereto; and/or (b) additional claims and allegations against other Defendants, as set forth in Paragraph 5 or an additional sheet attached hereto. Plaintiff(s) further allege(s) as follows:

## I. PLAINTIFF(S)

1. Name of Plaintiff/Decedent implanted with Bard Implanted Port Catheter Product ("Device") (first, middle, and last name):
   **Alexys Taylor**

2. Name of Plaintiff/Decedent's spouse (if bringing a loss-of-consortium claim):
   **N/A**

3. Other Plaintiff and capacity (*i.e.*, administrator, executor, guardian, conservator, representative, survivor, etc.), if any:
   **N/A**

## II. DEFENDANT(S)

4. Plaintiff(s) name(s) the following Defendant(s) in this action:
   - ☒ Becton, Dickinson and Company
   - ☒ C.R. Bard, Inc.
   - ☒ Bard Access Systems, Inc.
   - ☒ Bard Peripheral Vascular, Inc.

5. Plaintiff(s) contend(s) that additional parties may be liable or responsible for Plaintiff(s)' damages alleged herein. Such additional parties and their citizenship are as follows:

   _____

   _____

   _____

## III. JURISDICTION AND VENUE

6. City and State of domicile of each Plaintiff at time of filing Plaintiff(s)' initial Complaint:
   **Grand Rapids, Michigan**

7. City and State of residence of Plaintiff/Decedent at the time of Device placement:
   **Merrillville, Indiana**

8. City and State of residence of Plaintiff/Decedent at the time of alleged injury for which a claim is asserted:
   Merrillville, Indiana

9. Basis for jurisdiction:
   ☒ Diversity of citizenship (28 U.S.C. § 1332(a))
   ☐ Other: _____
       a. Other allegations of jurisdiction and venue not expressed in Master Complaint:
       _____
       _____

10. Designated forum (United States District Court and Division, if applicable) in which Plaintiff asserts personal jurisdiction and venue would be proper absent direct filing in this MDL:
    USDC District of New Jersey

## IV. PRODUCT USE AND INJURY

11. Plaintiff/Decedent was implanted with the following Device(s) and alleges that the Device(s) caused their injuries[1]:
    ☒ BardPort M.R.I. Implantable Port
    ☐ BardPort M.R.I. Low-Profile Implantable Port
    ☐ BardPort Titanium Dome Implantable Port
    ☐ BardPort Titanium Implantable Port
    ☐ M.R.I. Plastic Dual Lumen Port
    ☐ M.R.I. Ultra SlimPort Implantable Port
    ☐ Peritoneal Titanium Port
    ☐ PowerFlow Implantable Apheresis IV Port
    ☐ PowerPort ClearVUE isp Implantable Port

---

[1] Check all that apply. See Exhibit A for additional information regarding the corresponding model numbers/product codes for these Devices.

3

| | |
|---|---|
| ☐ | PowerPort ClearVUE Slim Implantable Port |
| ☐ | PowerPort duo M.R.I. Implantable Port |
| ☐ | PowerPort Implantable Port |
| ☐ | PowerPort isp Implantable Port |
| ☐ | PowerPort isp M.R.I. Implantable Port |
| ☐ | PowerPort M.R.I. Implantable Port |
| ☐ | PowerPort Slim Implantable Port |
| ☐ | PowerPort VUE M.R.I. Implantable Port |
| ☐ | PowerPort VUE Titanium Implantable Port |
| ☐ | SlimPort Dual-Lumen Rosenblatt Implantable Port |
| ☐ | Titanium Low-Profile Port |
| ☐ | Titanium SlimPort Implantable Port |
| ☐ | Vaccess CT Low-Profile Titanium Power-Injectable Port |
| ☐ | Vaccess CT Power-Injectable Implantable Port |
| ☐ | X-Port isp M.R.I. Implantable Port |
| ☐ | X-Port Low-Profile Titanium Port |
| ☐ | Other: _____ |

12. Date(s) of implantation as to the foregoing Device(s):

April 14, 2014

13. Model number(s)/product code(s), if available, for the foregoing Device(s):

REF #: 0602660; LOT #: REXH1167

14. Complication(s) alleged to have occurred from use of the foregoing Device(s):

☐ Catheter fracture
☒ Infection
☐ Thrombosis
☐ Other: _____

4

V. **CAUSES OF ACTION**

15. Plaintiff(s) adopt(s) in this Short-Form Complaint the following claims and allegations asserted in the Master Long-Form Complaint:

- [x] Count I: Design Defect – Strict Liability
- [x] Count II: Design Defect – Negligence
- [x] Count III: Failure to Warn/Instruct – Strict Liability
- [x] Count IV: Failure to Warn/Instruct – Negligence
- [x] Count V: Manufacturing Defect – Strict Liability
- [x] Count VI: Manufacturing Defect – Negligence
- [x] Count VII: Breach of Express Warranty
- [x] Count VIII: Breach of Implied Warranty
- [x] Count IX: Negligent Misrepresentation
- [x] Count X: Fraudulent Misrepresentation
- [x] Count XI: Fraudulent Concealment
- [x] Count XII: Consumer Fraud and/or Unfair and Deceptive Trade Practices
- [x] Count XIII: Unjust Enrichment
- [ ] Count XIV: Loss of Consortium
- [ ] Count XV: Wrongful Death
- [ ] Count XVI: Survival
- [x] Timeliness and Tolling of Statutes of Limitation and Repose
- [x] Punitive Damages
- [ ] Count XVII: Other _____

If additional claim(s) against Defendant(s) are alleged in Count XVII above, the facts supporting such claim(s) must be pleaded. Plaintiff(s) assert(s) the following factual allegations:

_____

_____

_____

5

_____

_____

_____

16. Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

WHEREFORE, Plaintiff(s) pray(s) for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the Master Long Form Complaint and Jury Demand and any additional relief to which Plaintiff(s) may be entitled.

Dated: 10/2/2025

Respectfully submitted,

/s/ Roman Balaban

Roman Balaban (CO #39148)*

Max Yefimenko (CO #34796)*

Rollin Wood (CO #44920)*

Roman Balaban and Associates, LLC

7350 East Progress Place, Suite 106

Greenwood Village, CO 80111

Phone: (720) 817-4040

Fax: (303) 500-1713

Email: balaban@rbatort.com

Email: yefimenko@rbatort.com

Email: wood@rbatort.com

*Admitted Pro Hac Vice

6

# **EXHIBIT A**

| Brand Name | Model Number/Product Code |
|---|---|
| BardPort M.R.I. Implantable Port | 0602610, 0602620, 0602640, 0602650, 0602660, 0602670, 0602680, 0602690, 0602830, 0602833, 0602840, 0602843, 0605400, 0605420, 0607173 |
| BardPort M.R.I. Low-Profile Implantable Port | 0603830, 0603840, 0603870, 0603880, 6603880 |
| BardPort Titanium Dome Implantable Port | 0602850, 0602860, 0602870 |
| BardPort Titanium Implantable Port | 0602230, 0602240, 0602270, 0602290, 0603000, 0602820, 0605300, 0605320, 0607301, 0607302, 0602210, 0602260, 0602280, 0602810 |
| M.R.I. Plastic Dual Lumen Port | 0603500, 0605920, 0605930, 0607100, 0607200, 0615460 |
| M.R.I. Ultra SlimPort Implantable Port | 0605640, 0655640 |
| Peritoneal Titanium Port | 0603000, 0603006 |
| PowerFlow Implantable Apheresis IV Port | A710962 |
| PowerPort ClearVUE isp Implantable Port | 1606052, 1606062, 1606362, 1606382, 1608052, 1608062, 1608362, 1608382, 1666362, 1668362, 1676300, 5606362, 5608062, 5608362, 5666362, 5668362, CP00004 |

7

| | |
|---|---|
| PowerPort ClearVUE Slim Implantable Port | 1616000, 1616001, 1616070, 1616071, 1616300, 1616380, 1618000, 1618001, 1618070, 1618300, 1618380, 1676301, 1678300, 1678301, 5616000, 5616300, 5618000, 5618300, 5676300, 5676301, 5678300, 5678301, CP00005 |
| PowerPort duo M.R.I. Implantable Port | 1829500, 1829570, 5829500, 5829502 |
| PowerPort Implantable Port | 1708000, 1708001, 1708070, 1708071, 1709600, 1709601, 1759600, 1759601, 1778000, 1778001, 1778070, 1778071 |
| PowerPort isp Implantable Port | 1706050, 1706051, 1706060, 1706061, 1708050, 1708051, 1708060, 1708061, 1708160, 1708550, 1708551, 1708560, 1708561, 4708060, 4708061, 4708560, 4708561, CP00001, CP00002, CP00003, CP00009 |
| PowerPort isp M.R.I. Implantable Port | 1806050, 1806051, 1806060, 1806061, 1808050, 1808051, 1808060, 1808061, 1808069, 1808360, 1808550, 1808551, 1808560, 1808561, 1809660, 1809661, 1859660, 1859661, 4808060, 4808061, 4808560, 4808561, 9808560 |
| PowerPort M.R.I. Implantable Port | 1808000, 1808001, 1808002, 1808070, 1808071, 1808300, 1809600, 1809601, 1809670, 1859600, 1859601, 1878000, 1878001, 1878070, 1878071 |

8

| | |
|---|---|
| PowerPort Slim Implantable Port | 1716000, 1716001, 1716070, 1716071, 1716080, 1718000, 1718001, 1718070, 1718500, 1718501, 1718570, 1718571, CP00008 |
| PowerPort VUE M.R.I. Implantable Port | 1806052, 1806062, 1808052, 1808062 |
| PowerPort VUE Titanium Implantable Port | 1706052, 1706062, 1708052, 1708062 |
| SlimPort Dual-Lumen Rosenblatt Implantable Port | 0604970, 0624970, 0654970 |
| Titanium Low-Profile Port | 0602180, 0602190, 0605490, 0605510, 0606100, 0606150, 0606200 |
| Titanium SlimPort Implantable Port | 0605550, 0605560, 0655510 |
| Vaccess CT Low-Profile Titanium Power-Injectable Port | 7360000, 7360001, 7380000 |
| Vaccess CT Power-Injectable Implantable Port | 7460000, 7480000, 7496000 |
| X-Port isp M.R.I. Implantable Port | 0607500, 0607510, 0607520, 0607530, 0607540, 0607550, 0607555, 0657500, 0657510, 0657520, 0657525, 7707540, 7757540 |
| X-Port Low-Profile Titanium Port | 0655870, 0605840, 0605850 |

9